**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

FELICIA A. WALTERS                                                                                    PLAINTIFF

VS.                                                                              CIVIL ACTION NO. 2:10CV00065-DAS

COMMISSIONER OF SOCIAL SECURITY                                                         DEFENDANT

## ORDER AWARDING ATTORNEY FEES

Before the court is the claimant's motion (# 23) for payment of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In these proceedings, the claimant sought judicial review of the final decision of the Commissioner of Social Security, denying a claim for benefits. By Judgment (# 20) dated March 30, 2011, the court remanded this case to the Commissioner for further proceedings. The claimant now seeks attorney fees under the EAJA on the grounds that she was the prevailing party and the Commissioner's position was not "substantially justified." By the motion and attached exhibits, the claimant requests an award of $5,343.25 in attorney fees and expenses and $49.50 in costs to be awarded for the benefit of her attorney, Joe Morgan Wilson. The Commissioner does not object and agrees that the requested amount is reasonable for the services rendered in this case. The court, having considered the foregoing and the record of this case, finds that $5,343.25 in attorney fees and $49.50 in costs is reasonable and appropriate. Therefore, it is

**ORDERED** that the claimant's motion for payment of attorney fees under the EAJA is hereby **GRANTED**, and the Commissioner shall pay the claimant $5,343.25 in attorney fees and $49.50 in costs for the benefit of the above named attorney.

**THIS,** the 27th day of April, 2011.

                                                                                    /s/ David A. Sanders
                                                                                    U. S. MAGISTRATE JUDGE